IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANIEFIOK JACOB**                                                                                          **PLAINTIFF**

v.                                    Case No. 3:25-cv-00019-KGB

**NUCOR CORPORATION LONG-TERM**
**DISABILITY PLAN,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Before the Court is defendants Nucor Corporation Long-Term Disability Plan, New York Life Insurance Company, and Life Insurance Company of North America's consent motion for extension of time (Dkt. No. 6). Defendants request an extension of the deadline by which they may file a responsive pleading to plaintiff Aniefiok Jacob's complaint up to and including March 19, 2025 (*Id.*, ¶ 2). Defendants represent that counsel for Mr. Jacob consents to this motion (*Id.*, ¶ 3). For good cause shown, the Court grants the motion (*Id.*). The deadline for defendants to file a responsive pleading is extended up to and including March 19, 2025.

It is so ordered this 21st day of February, 2025.

_____
Kristine G. Baker
Chief United States District Judge