IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANIEFIOK JACOB**                                                                                          **PLAINTIFF**

v.                                          Case No. 3:25-cv-00019-KGB

**NUCOR CORPORATION LONG-TERM
DISABILITY PLAN,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Before the Court is plaintiff Aniefiok Jacob's stipulation for dismissal without prejudice of defendants Nucor Corporation Long-Term Disability Plan ("Nucor") and New York Life Insurance Company ("New York Life") (Dkt. No. 10). Mr. Jacob seeks the dismissal without prejudice of his causes of action against separate defendants Nucor and New York Life pursuant to Federal Rule of Civil Procedure 41 (*Id.*). The Court understands the stipulation to be unopposed. For good cause shown, the Court adopts the stipulation of dismissal (*Id.*). The Court dismisses Mr. Jacob's claims against Nucor and New York Life.

It is so ordered this 3rd day of March, 2025.

_____
Kristine G. Baker
Chief United States District Judge