IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANIEFIOK JACOB**                                                                                    **PLAINTIFF**

v.                              Case No. 3:25-cv-00019-KGB

**LIFE INSURANCE COMPANY OF**
**NORTH AMERICA**                                                                          **DEFENDANT**

## ORDER

Before the Court is plaintiff Aniefiok Jacob's unopposed motion for extension of briefing deadlines (Dkt. No. 21). Mr. Jacob represents that his counsel has had an unusually heavy trial schedule and therefore requires additional time to prepare Mr. Jacob's brief (*Id.*, ¶¶ 2–3). Mr. Jacob therefore proposes that the briefing deadlines be extended by 45 days as follows:

- The Administrative Record will be filed by June 24, 2025;
- Plaintiff's Motion for Judgment on Administrative Record will be due July 8, 2025;
- Defendant's Responses will be due July 22, 2025; and
- Plaintiff's reply will be due by July 29, 2025.

(*Id.*, ¶ 4). Mr. Jacob further represents that defendant Life Insurance Company of North America has no objection to the requested extension (*Id.*, ¶ 4). For good cause shown, the Court grants the motion (*Id.*). The Court will reset the relevant deadlines by separate entry of an Amended ERISA Scheduling Order.

It is so ordered this 5th day of May, 2025.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge