IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANIEFIOK JACOB**                                                                                          **PLAINTIFF**

**v.**                                   **Case No. 3:25-cv-00019-KGB**

**LIFE INSURANCE COMPANY OF
NORTH AMERICA**                                                                                           **DEFENDANT**

## ORDER

Before the Court is plaintiff Aniefiok Jacob's notice of settlement and request for stay (Dkt. No. 29). Mr. Jacob advises the Court that on August 19, 2025, the parties reached a conditional settlement, and they anticipate being able to file a stipulation of dismissal within 60 days (*Id.*). Mr. Jacob requests that the Court stay the deadlines in the Court's Second Amended ERISA Scheduling Order for 60 days to permit the parties time to finalize the release and settlement agreement (*Id.*). For good cause shown, the Court grants the motion (*Id.*). The Court stays the deadlines in the Court's Second Amended ERISA Scheduling Order for 60 days from the date of this Order. Within 60 days of the date of this Order, the parties shall file either a joint stipulation of dismissal or a joint status report advising the Court of their progress in finalizing a release and settlement agreement.

It is so ordered this 20th day of August, 2025.

*Kristine G. Baker*
_____
Kristine G. Baker
Chief United States District Judge