IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANIEFIOK JACOB**                                                                                              **PLAINTIFF**

**v.**                                    **Case No. 3:25-cv-00019-KGB**

**NUCOR CORPORATION LONG
TERM DISABILITY PLAN,** *et al.*                                                           **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 31). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed without prejudice.

It is so ordered this 30th day of December, 2025.

_____
Kristine G. Baker
Chief United States District Judge